UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
---------------------------------------------------------X
Oditza Carrasco,

                No.: 2:14-CV-00508-MBC

      Plaintiff,

  -against-

Parallon, LLC, The Outsource Group, and
Medicredit Inc.,

      Defendant.
---------------------------------------------------------X

## VOLUNTARY DISMISSAL

Plaintiff Oditza Carrasco, pursuant to F. R. C. P. Rule 41 (a), hereby dismisses the above captioned matter without prejudice.

            Respectfully submitted,

            By: *s/ Renee F. Bergmann*
            **Renee F. Bergmann, Esq.**
            Bergman & Good, LLC
            76 E. Euclid Avenue, Suite 100
            Haddonfield, New Jersey 08033
            (888) 814-4100
            rbergmann@bergmanngood.com

            Of Counsel for:

AND NOW, this 21st
day of April, 2014,
IT IS SO ORDERED.

*Maurice B. Cohill, Jr.*
UNITED STATES SENIOR DISTRICT JUDGE

            Fredrick Schulman & Associates
            30 East 29TH Street
            New York, New York 10016
            (212) 796-6053
            info@fschulmanlaw.com
            Attorneys for Plaintiff